✎AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

| FIRST | DISTRICT OF | MASSACHUSETTS |
| --- | --- | --- |

**UNITED STATES**

V.

**JOSE CRUZ**

**APPEARANCE**

Case Number: 05-30044 MHP

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case     United States of America

I certify that I am admitted to practice in this court.

June 9, 2005
_____
Date

_____
Signature

**PAUL H. SMYTH**          **634600**
Print Name                          Bar

**1550 MAIN STREET, SUITE 310**
Address

**SPRINGFIELD,**     **MA**     **01103**
City                State           Zip Code

**413-785-0235**          **413-785-0394**
Phone Number                    Fax