AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**APPEARANCE**

Case Number: 05 CR 300 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Jose Cruz

Date: 7/11/05

Signature: _(signed)_

Print Name: Kevin G. Murphy

Address: 115 State St

City: Spfld   State: MA   Zip Code: 01103

Phone Number: 413-781-4700