UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30044-MAP |
| | ) | |
| | ) | |
| JOSE CRUZ, | ) | |
| Defendant | ) | |

INITIAL STATUS REPORT
August 30, 2005

NEIMAN, U.S.M.J.

The court held an initial Status Conference this day pursuant to Local Rule

116.5.  In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1.    The court has established an interim schedule as outlined in the Interim

Scheduling Order issued this day.

2.    The court has scheduled an Interim Status Conference for October 11,

2005.

3.    The parties -- and the court -- have agreed and determined that no time

has run on the Speedy Trial Clock as of today.  A separate order shall

issue.

4.    There are no other matters to report relevant to the progress or resolution

of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge