UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30044-MAP |
| ) | |
| JOSE CRUZ, ) | |
|       Defendant ) | |

INTERIM STATUS REPORT
October 11, 2005

NEIMAN, U.S.M.J.

The court held a Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a final Status Conference for November 15, 2005.

3. The parties -- and the court -- have agreed and determined that nineteen days will have run on the Speedy Trial Clock through November 15, 2005. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

                                                  /s/   Kenneth P. Neiman
                                                  KENNETH P. NEIMAN
                                                  U.S. Magistrate Judge